David M. Stanton, Esq.
Nevada Bar No. 4389
Goicoechea, DiGrazia,
Coyle & Stanton, Ltd.
530 Idaho Street
P. O. Box 1358
Elko, Nevada 89801
Telephone: (775) 738-8091
Email: davidstanton@elkolawyers.com

*Attorneys for Defendants Bartolo Ortiz and Brenton Pepper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY R. POWELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ELKO, BARTOLO ORTIZ, BRENTON PEPPER, ET AL.,<br><br>Defendants. | 3:21-CV-00418-ART-CSD<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants BARTOLO ORTIZ and BRENTON PEPPER hereby substitute DAVID M. STANTON of the law firm Goicoechea, DiGrazia, Coyle & Stanton, Ltd., 530 Idaho Street, Elko, Nevada 89801, as attorney of record in place and stead of Gary E. Grazia, also of Goicoechea, DiGrazia, Coyle & Stanton, Ltd., 530 Idaho Street, Elko, Nevada 89801.

DATED this 10th day of AUGUST 2022.

_____
BARTOLO ORTIZ, Defendant

_____
BRENTON PEPPER, Defendant

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
ATTORNEYS AT LAW
530 IDAHO STREET - P. O. BOX 1358
ELKO, NEVADA 89801
(775) 738-8091

1

I consent to the above substitution.

**DATED** this 27th day of July, 2022.

_____
**GARY E. DI GRAZIA**

I am duly admitted to practice in this District.

Above substitution accepted.

**DATED** this 10th day of AUGUST, 2022.

_____
**DAVID M. STANTON**

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

_____
DATED: _____
UNITED STATES MAGISTRATE JUDGE

GOICOECHEA, DI GRAZIA, COYLE & STANTON, LTD.
ATTORNEYS AT LAW
530 IDAHO STREET - P. O. BOX 1358
ELKO, NEVADA 89801
(775) 738-8091

2