**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY R. POWELL,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF ELKO, et al.,<br><br>    Defendants | Case No.: 3:21-cv-00418-ART-CSD<br><br>**Order**<br><br>Re: ECF Nos. 88, 99, 100, 101 |

Before the court are Plaintiff's motion to extend the discovery deadline by 180 days (ECF No. 88), as well as Plaintiff's motions to extend the deadline to file responses to the pending dispositive motions (ECF Nos. 99, 100, 101).

The scheduling order in this matter was issued on June 9, 2022, and set the discovery completion deadline as December 6, 2022. (ECF No. 24.) Ortiz and Pepper stipulated to the requested extension. However, the court has not received any position on the extension from the remaining defendants. The court finds that neither Plaintiff nor Ortiz and Pepper have set forth good cause for a *180-day* extension; however, the court is cognizant that District Judge Traum recently ordered that Plaintiff be given an opportunity to review all discovery to date until February 28, 2022. Therefore, the court will **GRANT IN PART** Plaintiff's motion (ECF No. 88), insofar as the court will give the parties an extension of the discovery completion up to and including **March 28, 2023**, which is a 112-day extension from the original discovery completion deadline. If Plaintiff intends to bring his own dispositive motion, it must also be filed by **March 28, 2023**.

The court will likewise **GRANT** Plaintiff's motions for an extension of time to file his responses to the pending dispositive motions (ECF Nos. 99, 100, 101). Plaintiff has up to and including **April 28, 2023** to file his responses. Defendants' reply briefs will be due on or before **May 5, 2023**.

**IT IS SO ORDERED**.

Dated: January 11, 2023

_____
Craig S. Denney
United States Magistrate Judge

2