UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY R. POWELL,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF ELKO, et al.,<br><br>　　　　　　　　Defendants. | 3:21-cv-00418-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF Nos. 106, 107 |

　　　Before the court are Plaintiff's Requests for Submission (ECF Nos. 106 and 107).  Plaintiff requests the court issue its ruling on Plaintiff's motion for extension of copy work limit (ECF No. 89) and motion for appointment of counsel (ECF No. 87).

　　　Plaintiff is advised that he is not in state court where a party must file a request for submission with the court.  Further, Plaintiff is advised that, pursuant to General Order No. 2021-05 (3)(f), "No party may file a motion if he or she has another motion on the same subject matter already pending before the Court. Motions submitted in violation of this General Order may be struck or may be summarily denied."

　　　 Plaintiff's Requests for Submission (ECF Nos. 106 and 107) are **DENIED** as moot.

　　　**IT IS SO ORDERED.**

　　　DATED: January 13, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1