# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEREMY R. POWELL,

    Plaintiff

v.

CITY OF ELKO, et al.,

    Defendants

Case No.: 3:21-cv-00418-ART-CSD

**Order**

    The Clerk shall **ISSUE** a subpoena for the production of documents, information, or objects in a civil action directed to Elko County, service of which will be accepted electronically by Brent Ryman, Esq. (*See* ECF No. 131.) The subpoena shall request the following: (1) Body Camera Footage concerning the allegations in this action from: Deputies Gonzalez, Trimbach, Lespede, Hatch, Sr., and Grebenec; (2) Security camera footage from the jail's booking/intake processing area that shows Plaintiff's booking and medical intake during the time period relevant to this action; and (3) Plaintiff's inmate "GT" requests submitted in his personal inmate account at the Elko County Jail.

    The Clerk shall also **SEND** copies of the following documents to Plaintiff at his new address of record in Utah (*see* address filed at ECF No. 132): ECF Nos. 124, 125, 126, 128, 129, and 131.

**IT IS SO ORDERED**.

Dated: February 15, 2023

                                                  _____
                                                  Craig S. Denney
                                                  United States Magistrate Judge