UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY R. POWELL,<br><br>                              Plaintiff,<br><br>     v.<br><br>CITY OF ELKO, et al.,<br><br>                              Defendants. | 3:21-cv-00418-ART-CSD<br><br>**ORDER** |

Plaintiff Jeremy R. Powell, Inmate #192082, is a *pro se* litigant in a civil rights case pending in the United States District Court in the District of Nevada.  The City of Elko and several employees are Defendants in the litigation.

On May 15, 2023, the United States District Court communicated with Ms. Nelson at the Central Utah Correctional Facility to notify the facility of the inmate's court hearing.  Subsequent messages sent to Ms. Nelson were not responded to.

On June 7, 2023, the court held a telephonic status conference in this case.  The Plaintiff did not appear by telephone.  The court contacted the Central Utah Correctional Facility and attempted to reach Warden Mortensen and two Deputy Wardens at the prison.  An officer named Freestone attempted to connect the court with several administrative officials without success.

The court requests the Warden's assistance in making Jeremy R. Powell, Inmate #192082, available for a telephonic status conference on **Friday, July 7, 2023, at 11:00 a.m.**  The point of contact at the United States District Court in Nevada for this case is Karen Walker at 775-686-5918 or karen_walker@nvd.uscourts.gov. The court requests that the Central Utah Correctional Facility contact Ms. Walker in advance of the hearing to confirm the court date.

The court also requests that the Administration of the Central Utah Correctional Facility allow Plaintiff to receive and/or review discovery attendant to this United States District Court case. If the Administration of the Central Utah Correctional Facility has any questions regarding this order, the Administration may contact the Courtroom Deputy, Karen Walker, at (775) 686-5918.

This order shall be served upon all parties including Warden Mortensen at the Central Utah Correctional Facility, 255 E. 300 North, Gunnison, Utah 84634.

**IT IS SO ORDERED.**

DATED:  June 7, 2023.



_____
UNITED STATES MAGISTRATE JUDGE