# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY R. POWELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF ELKO, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:21-cv-00418-ART-CSD<br><br>**ORDER** |

Before the court are Defendants' Motion for Partial Summary Judgment (ECF No. 91), Defendants' Motion for Summary Judgment (ECF No. 93), and Defendants' Motion for Summary Judgment (ECF No. 96).

**IT IS HEREBY ORDERED** that Defendants' Motion for Partial Summary Judgment (ECF No. 91), Defendants' Motion for Summary Judgment (ECF No. 93), and Defendants' Motion for Summary Judgment (ECF No. 96) are **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants shall refile their respective dispositive motions on or before **Friday, July 7, 2023**, and shall serve said motion(s) on Plaintiff at the Utah Correctional Facility, P.O. Box 550, Gunnison, Utah 84634. The court will set response/reply deadlines at the telephonic status conference on **Friday, July 7, 2023, at 11:00 a.m.**

DATED: June 7, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE